UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACOB I. MORGAN,<br><br>　　　　Plaintiff<br><br>v.<br><br>RON SUISSA,<br><br>　　　　Defendant | Case No.: 2:21-cv-01330-APG-EJY<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 5] |

　　　　On August 6, 2021, Magistrate Judge Youchah recommended that I dismiss plaintiff Jacob Morgan's complaint without prejudice. ECF No. 5.  Morgan did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 5) is accepted.  Plaintiff Jacob Morgan's complaint is dismissed without prejudice.

　　　　I FURTHER ORDER that plaintiff Jacob Morgan may file an amended complaint by October 13, 2021.  Failure to do so will result in dismissal of this case without prejudice.

　　　　DATED this 14th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE