UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACOB I. MORGAN, | Case No.: 2:21-cv-01330-APG-EJY |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| RON SUISSA, | |
| Defendant | |

On August 6, 2021, Magistrate Judge Youchah recommended that I dismiss plaintiff Jacob Morgan's complaint without prejudice. ECF No. 5.  Morgan did not object.  I therefore accepted Magistrate Judge Youchah's report and recommendation, dismissed Morgan's complaint without prejudice, and gave him until October 13, 2021 to file an amended complaint. ECF No. 6.  I advised Morgan that failure to timely file an amended complaint would result in dismissal of this case without prejudice. *Id.*  Morgan did not file an amended complaint.

I THEREFORE ORDER that this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 29th day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE